People v Aiken (2025 NY Slip Op 07014)

People v Aiken

2025 NY Slip Op 07014

Decided on December 17, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 17, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
WILLIAM G. FORD
JANICE A. TAYLOR
JAMES P. MCCORMACK, JJ.

2023-05433
 (Ind. No. 881/21)

[*1]The People of the State of New York, respondent,
v
Delante Aiken, appellant.

Twyla Carter, New York, NY (Rebecca D. Martin of counsel), for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle M. O'Boyle of counsel; Racaiim McKain on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Queens County (Michael Aloise, J.), rendered May 10, 2023, convicting him of manslaughter in the first degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is modified, on the law and as a matter of discretion in the interest of justice, by vacating the imposition of a mandatory surcharge and fees; as so modified, the judgment is affirmed.
In 2020, when the defendant was 18 years old, he was involved in multiple gang-related shootings, one of which fatally wounded an innocent bystander. The defendant entered a plea of guilty to manslaughter in the first degree, and was sentenced to a determinate term of imprisonment of 19 years, to be followed by 5 years of postrelease supervision. The defendant was also assessed a mandatory surcharge and fees.
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
However, pursuant to the exercise of our interest of justice jurisdiction, we modify the judgment by vacating the mandatory surcharge and fees imposed upon the defendant at sentencing (see CPL 420.35[2-a]; People v Jean-Jacques, 236 AD3d 1055, 1058).
BRATHWAITE NELSON, J.P., FORD, TAYLOR and MCCORMACK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court